# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-609-GW-ASx | Date | June 9, 2025 |
|---|---|---|---|
| Title | *Michael Rhambo v. Vinh Nguyen, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 6, 2025, Plaintiff Michael Rhambo filed a Notice of Settlement [15]. The Court vacates all currently set dates, including the order to show cause issued on May 27, 2025 [14], with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for July 10, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on July 8, 2025.

                                                                                    :

Initials of Preparer    JG